# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED
SEP 3 0 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

|  |  |
|---|---|
| United States of America )<br>vs. )<br>Gregorio Olmos III ) | Case No. 1:10CR80 AWI |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Gregorio Olmos III_____, have discussed with _____Montgomery L. Olson_____, Pretrial Services Officer, modifications of my release conditions as follows:

The condition requiring the defendant to participate in the Curfew component of the home confinement program is removed. The defendant will continue to be monitored by passive GPS tracking, at his own expense.

The condition restricting the defendant's travel to the Eastern District of California is modified/expanded to restrict his travel to the continental United States.

All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  9/30/10           _Montgomery L. Olson_ 9-30-10
Signature of Defendant     Date               Pretrial Services Officer   Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                     9/30/10
Signature of Assistant United States Attorney  Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                     9/20/10
Signature of Defense Counsel                   Date

### ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on ___9/30/10___.
☐ The above modification of conditions of release is *not* ordered.

_____                     9/30/10
Signature of Judicial Officer                  Date

cc:    U.S. Attorney's Office, Defense Counsel, Pretrial Services