United States District Court
EASTERN DISTRICT OF CALIFORNIA

**FILED**
JAN 1 4 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY A. JESSEN
DEPUTY CLERK

| United States of America | ) | |
|---|---|---|
| vs. | ) | Case No. 1:10CR00080 AWI |
| Gregorio Olmos III | ) | |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _Gregorio Olmos III_, have discussed with _Montgomery L. Olson_, Pretrial Services Officer, modifications of my release conditions as follows:

The condition requiring the defendant to be subject to passive GPS tracking is removed.
All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_[signature]_  1-14-11
Signature of Defendant    Date

_[signature]_ Montgomery L. Olson  1-14-11
Pretrial Services Officer    Date

I have reviewed the conditions and concur that this modification is appropriate.

_[signature]_     1-14-2011
Signature of Assistant United States Attorney    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_     1/14/11
Signature of Defense Counsel    Date

### ORDER OF THE COURT

[✓] The above modification of conditions of release is ordered, to be effective on _1/14/11_.
[ ] The above modification of conditions of release is *not* ordered.

_[signature]_     1/14/11
Signature of Judicial Officer    Date

cc: U.S. Attorney's Office, Defense Counsel, Pretrial Services