David V. Balakian, SBN 166749
**BALAKIAN LAW OFFICES**
2014 Tulare Street, Suite 210
Fresno, CA 93721
Tel. (559) 495-1558
Fax. (559) 495-1004

Attorney for defendant, **GREGORY OLMOS, JR.**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>GREGORY OLMOS, JR.,<br><br>　　　　Defendant. | **CASE NO. 1: 10 CR 00080 AWI**<br><br>**EX PARTE REQUEST FOR DEFENDANT'S WAIVER OF APPEARANCE**<br><br>Date: June 6, 2011<br>Time: 9:00 a.m.<br>Dept: Hon. Anthony W. Ishii |

**TO THE HONORABLE COURT:**

　　　Defendant GREGORY OLMOS, JR. hereby knowingly, voluntarily and intelligently waives his right to be present at the hearing currently scheduled before the Honorable Anthony W. Ishii on June 6, 2011, at the hour of 9:00 a.m., where his presence is not necessary to ensure his constitutional rights. Defendant also knowingly, voluntarily and intelligently waives his right to be present at these proceedings under Federal Rules of Criminal Procedure, Rule 43. Further, defendant agrees that attorney David Balakian may appear on his behalf and that defendant will appear at any hearing next scheduled by the court. The Government does not oppose this request.

Defendant's uncle passed away and defendant wishes to attend the funeral which is scheduled for Monday morning.

DATED: June 2, 2011          /s/ GREGORY OLMOS, JR.
                                 GREGORY OLMOS, JR.

DATED: June 2, 2011          /s/ DAVID BALAKIAN
                                 DAVID BALAKIAN

1  David V. Balakian, SBN 166749
   **BALAKIAN LAW OFFICES**
2  2014 Tulare Street, Suite 210
   Fresno, CA 93721
3  Tel. (559) 495-1558
   Fax. (559) 495-1004
4  davidbalakian@sbcglobal.net

5  Attorney for defendant, **GREGORY OLMOS, JR.**

<br>

8              **UNITED STATES DISTRICT COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

11 UNITED STATES OF AMERICA,)        **CASE NO. 1: 10 CR 00080 AWI**
                             )
12                           )
           Plaintiff,        )       **ORDER**
13                           )
       vs.                   )
14                           )
   GREGORY OLMOS, JR.,       )
15                           )
           Defendant.        )
16 _____  )

17     This matter came before the court on defendant GREGORY OLMOS,
18 JR.'S ex parte request that his personal appearance at the June 6,
19 2011 hearing be excused. The Court hereby grants the defendant's ex
20 parte application and excuses his appearance on June 6, 2011.

22 IT IS SO ORDERED.

23 Dated:      June 2, 2011                    _____
24                                             CHIEF UNITED STATES DISTRICT JUDGE

3