BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>v.<br><br>GREGORIO OLMOS III.<br><br>                     Defendant, | CASE NO.  1:10-cr-00080-AWI<br><br>STIPULATION TO VACATE REVIEW HEARING; ORDER |

   Plaintiff United States of America, by and through its counsel of record, and defendant Gregorio Olmos, III, by and through his counsel of record hereby stipulate as follows:

   1.   By previous order, this matter was set for review hearing on December 9, 2014 at 3:00 p.m.

   2.   By this stipulation, the parties now move to vacate the review hearing.

   3.   As of this date, the defendant is in compliance with the terms of his pretrial release as modified according to his supervising officer Dan Stark.  Defendant has been testing negative for prohibited drugs.

   4.   At this time there is no need for a further review hearing and the parties stipulate

///

///

///

1

that the hearing currently set for December 9, 2014 at 3:00 p.m. be taken off calendar.  Pretrial Services Officer Dan Stark agrees with this course of action.

   IT IS SO STIPULATED.

DATED:  December 5, 2014     /s/ Laurel J. Montoya
                 LAUREL J. MONTOYA
                 Assistant United States Attorney

DATED:  December 5, 2014     /s/ David Balakian
                 DAVID BALAKIAN
                 Attorney for Defendant

O R D E R

   The review hearing scheduled for December 9, 2014 is hereby vacated.

IT IS SO ORDERED.

Dated:  **December 5, 2014**                       
                      UNITED STATES MAGISTRATE JUDGE