David V. Balakian, SBN 166749
**BALAKIAN LAW OFFICES**
2014 Tulare Street, Suite 210
Fresno, CA 93721
Tel. (559) 495-1558
Fax. (559) 495-1004
davidbalakian@sbcglobal.net

Attorney for Defendant, **GREGORIO OLMOS III**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>GREGORIO OLMOS III,<br><br>  Defendant. | Case No: 1:10-CR-00080-AWI-2<br><br>**EX PARTE APPLICATION FOR ORDER EXONERATING BOND; ORDER THEREON** |

   Defendant, GREGORIO OLMOS III, by and through his attorney of record, David Balakian, hereby requests an order exonerating bond in this action.

   A bail bond was posted in the amount of $60,000.00 by Garcia Family Bail Bonds through Bankers Insurance Company; Bond Number 542000224-2.

   On January 14, 2015, sentence was imposed, whereby Defendant was committed to the Bureau Of Prisons. Presently, Defendant is in custody serving his sentence.

Accordingly, exoneration of bond is requested.

DATE: September 22, 2015          Respectfully submitted,


/s/ DAVID V. BALAKIAN
David V. Balakian,
Attorney for Defendant,
GREGORIO OLMOS III


**ORDER**

It appearing that no further court appearances are required in case number 1:10-CR-00080 AWI, bail is hereby ordered exonerated.

IT IS SO ORDERED.

Dated:   September 28, 2015          _____
                                     SENIOR   DISTRICT   JUDGE