# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

## M E M O R A N D U M

| | |
|---|---|
| Honorable Anthony W. Ishii<br>Senior United States District Judge<br>Fresno, California | **RE: Gregorio Olmos III**<br>**Docket Number: 1:10CR00080-002 DAD**<br>**PERMISSION TO TRAVEL**<br>**OUTSIDE THE COUNTRY** |

Your Honor:

Gregorio Olmos III is requesting permission to travel to Mexico (several stops via cruise). He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On January 12, 2015, Gregorio Olmos III was sentenced for the offense of 21 USC 843(b), Using Communication Facility to Facilitate the Commission of a Felony.

**Sentence Imposed:** 48 months custody in the Bureau of Prisons; 12 months Supervised Release; and $100 Special Assessment (paid).

**Dates and Mode of Travel:** The offender wants to travel from March 30, 2018, through April 2, 2018, via Carnival Cruise line.

**Purpose:** Vacation.

**RE:** Gregorio Olmos III
Docket Number: 1:10CR00080-002 DAD
<u>PERMISSION TO TRAVEL OUTSIDE THE COUNTRY</u>

Respectfully submitted,

*Adrian Garcia*

ADRIAN GARCIA
United States Probation Officer

Dated: March 21, 2018
Fresno, California
AG/dp

**REVIEWED BY:** /s/ Tim Mechem
**TIM D. MECHEM**
**Supervising United States Probation Officer**

## ORDER OF THE COURT

**The Court orders:**

☒ Approved  ☐ Disapproved

IT IS SO ORDERED.

Dated: **March 22, 2018**

_____
UNITED STATES DISTRICT JUDGE